UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT EDWARDS and PATRICIA EDWARDS, husband and wife, and S.B, a minor, by and through her guardian ad litem, VICKI BELLACOSA,<br><br>Plaintiffs,<br><br>v.<br><br>JOHNSON FORESTRY CONTRACTING, INC., a Washington corporation and ROBERT ZIESMER and ROSEMARIE ZIESMER, husband and wife,<br><br>Defendants. | NO. C07-5465JKA<br><br>ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT |

THIS MATTER having come before the Court pursuant to a Stipulation for Filing of the Amended Complaint, and the Court having reviewed the files and records herein; it is hereby

ORDERED that Plaintiffs are granted leave to file the Amended Complaint attached as Exhibit A to the Stipulation for Filing of Amended Complaint.

DATED: September 17, 2008.

*/s/ J. Kelley Arnold*
HONORABLE J. KELLEY ARNOLD
U.S. Magistrate Judge

ORDER - 1

Presented by:

_____
Paul L. Stritmatter, WSBA #4532
Karen K. Koehler, WSBA #15325
Of Stritmatter Kessler Whelan Coluccio
Attorneys for Plaintiffs

Approved for Entry:

_____
Brant Godwin, WSBA #34424
Of Dunlap & Soderland
Attorneys for Defendants

ORDER - 2