The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT EDWARDS and PATRICIA EDWARDS, husband and wife, and S.B, a minor, by and through her guardian ad litem, VICKI BELLACOSA,

Plaintiffs,

v.

JOHNSON FORESTRY CONTRACTING, INC., a Washington corporation and ROBERT ZIESMER and JANE DOE ZIESMER, husband and wife,

Defendants.

NO. C07-5465JKA

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

(CLERK'S ACTION REQUIRED)

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and Defendants, through the undersigned attorneys of record, that this case should be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER OF DISMISSAL - 1

1  The parties, through their undersigned counsel of record, hereby stipulate and agree to

2  the entry of the attached Order.

3  DATED this _____ day of January, 2009.

                                STRITMATTER KESSLER WHELAN
                                COLUCCIO


                                _____
                                Paul L. Stritmatter, WSBA #4532
                                Karen K. Koehler, WSBA #15325
                                Mimy Bailey, WSBA #39282
                                Co-Counsel for Plaintiffs

                                BROWNSTEIN, RASK, SWEENEY, KERR,
                                GRIM, DESYLVIA & HAY


                                _____
                                Miles Sweeney, OSBA #66122
                                Co-Counsel for Plaintiffs

                                DUNLAP & SODERLAND


                                _____
                                Brant Godwin, WSBA #34424
                                Counsel for Defendants

STIPULATION AND ORDER OF DISMISSAL - 2

| | |
|---|---|
| 1 | ORDER OF DISMISSAL |
| 2 | THIS MATTER having come on before the undersigned Judge pursuant to the foregoing |
| 3 | Stipulation, and the Court being fully advised, it is hereby |
| 4 | ORDERED that this case is dismissed with prejudice and without fees or costs to either |
| 5 | party. |
| 6 | DATED this 3rd day of February, 2009. |
| 7 | |
| 8 | |
| 9 | /s/ J. Kelley Arnold<br>HONORABLE J. KELLEY ARNOLD<br>Chief Magistrate Judge |
| 10 | |
| 11 | Presented By: |
| 12 | STRITMATTER KESSLER WHELAN COLUCCIO |
| 13 | |
| 14 | Paul L. Stritmatter, WSBA #4532<br>Karen K. Koehler, WSBA #15325 |
| 15 | Mimy Bailey, WSBA #39282<br>Co-Counsel for Plaintiffs |
| 16 | BROWNSTEIN, RASK, SWEENEY, |
| 17 | KERR, GRIM, DESYLVIA & HAY |
| 18 | Miles Sweeney, OSBA #66122 |
| 19 | Co-Counsel for Plaintiffs |
| 20 | DUNLAP & SODERLAND |
| 21 | |
| 22 | Brant Godwin, WSBA #34424<br>Counsel for Defendants |
| 23 | |
| 24 | |

STIPULATION AND ORDER OF DISMISSAL - 3